## 12959.  HOLLOWAY *v.* THE STATE.

BLOODWORTH, J.  The motion for a new trial being based upon the general grounds only, and there being some evidence to support the verdict, which is approved by the trial judge, this court will not interfere.
*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*
DECIDED DECEMBER 14, 1921.

Indictment for manufacture of intoxicating liquor; from Taliaferro superior court — Judge Shurley.  September 29, 1921.

*H. E. Combs, F. H. Colley,* for plaintiff in error.    ·

*M. L. Felts, solicitor-general,* contra.

## 12964.  AVERY *v.* THE STATE.

LUKE, J.  Although the evidence raises a strong suspicion of guilt, it is not sufficient to exclude every other hypothesis than that of the guilt of the defendant.  It was error to overrule the motion for a new trial.
*Judgment reversed. Broyles, C. J., and Bloodworth, J., concur.*
DECIDED DECEMBER 14, 1921.

Indictment for manufacture of liquor; from Pulaski superior court — Judge Graham.  September 13, 1921.

*H. E. Coates, Jere M. Moore,* for plaintiff in error.

*M. H. Boyer, solicitor-general,* contra.